NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUILLERMO MOJARRO,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2013-3109

---

Petition for review of the Merit Systems Protection Board in No. SF0353110827-I-1.

---

**JUDGMENT**

---

GUILLERMO MOJARRO, of Upland, California, pro se.

GREGG PARIS YATES, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANDARDT, Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (RADER, *Chief Judge,* MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 October 15, 2013 　　　　　/s/　Daniel　E.　O'Toole
Date　　　　　　　　　　　　Daniel　E.　O'Toole
　　　　　　　　　　　　　　Clerk